BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 *(Nevada Office)*
Tele: (470) 832-5586
Fax: (404) 962-6800
brody.wight@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*
*Attorneys for Defendants Nationstar*
*Mortgage LLC, dba Mr. Cooper and*
*U.S. Bank National Association, as*
*Trustee for Harborview Mortgage*
*Loan Trust 2005-8, Mortgage Loan*
*Passthrough Certificates, Series*
*2005-8*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, DBA MR. COOPER; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:   3:22-cv-00128-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE RESPONSIVE PLEADINGS AND A MOTION FOR PRELIMINARY INJUNCTION** |

On February 01, 2022, SFR Investments Pool 1, LLC ("SFR") filed a Complaint in the Second Judicial District Court, Case No. CV22-00164, against Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar").

On March 10, 2022, Nationstar filed a Notice of Removal to Federal Court Based on Diversity Jurisdiction in the United States District Court, District of Nevada, Case no. 3:22-cv-00128.

Accordingly, the parties stipulated as follows:

1. Plaintiff shall file any motion for a preliminary injunction on or before April 21, 2022;

2. Defendant Nationstar shall file its responsive pleading to the Complaint on or before April 21, 2022and

3. Defendant, and its assigns or successors, agrees to refrain from setting the foreclosure sale of the real property located at 6461 Meadow Hill Drive, Reno, Nevada 89509, until such time as this Court rules on the motion for preliminary injunction.

4.    Both parties represent this stipulation is not made with any intent to delay or prejudice either party.

DATED March 28, 2022.

| | |
|---|---|
| By:  ___/s/ Brody R. Wight_____<br>Brody R. Wight<br>Nevada Bar No. 13615<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV  89123 *(Nevada Office)*<br>600 Peachtree St. NE #3000<br>Atlanta, GA 30308 *(Corporate Office)*<br>Tele: (470) 832-5586<br>Fax: (404) 962-6800<br>brody.wight@troutman.com<br>*Attorneys for Defendants Nationstar*<br>*Mortgage LLC, dba Mr. Cooper* | By:  ___/s/_____<br>Karen L. Hanks, Esq.<br>Nevada Bar Number 9578<br>HANKS LAW GROUP<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Telephone: (702) 758-8434<br>Email: karen@hankslg.com<br>*Attorney SFR Investments Pool 1, LLC* |

///

///

///

///

///

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY ORDERED that SFR shall file its Motion for Preliminary Injunction on or before April 21, 2022.

IT IS FURTHER HEREBY ORDERED that Defendant shall file its responsive pleading to the Complaint on or before April 21, 2022, provided that is still necessary after amendment of the complaint.

IT IS FURTHER HEREBY ORDERED that Plaintiff has leave to amend the Complaint to name FANNIE MAE as a defendant in this action.

Dated:  4/11/2022

_____

UNITED STATES DISTRICT COURT

-3-

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Troutman Pepper Hamilton Sanders LLC, and that on the 28th day of March, 2022, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE RESPONSIVE PLEADINGS AND A MOTION FOR PRELIMINARY INJUNCTION**, in the following manner:

☒　　(**ELECTRONIC SERVICE**) document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court's facilities

to those parties listed on the Court's Master Service List as follows:

| | |
|---|---|
| Karen L. Hanks, Esq.<br>Chantel M. Schimming, Esq.<br>HANKS LAW GROUP<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Tel: 702.758.8434<br>Email: karen@hankslg.com<br>Email: chantel@hankslg.com | *Attorneys for SFR Investments Pool 1, LLC* |

_____/s/ Evelyn S. Duarte_____
An employee of Troutman Pepper Hamilton Sanders LLC

-4-

EXHIBIT 1

**Wight, Brody R.**

| | |
|---|---|
| **From:** | Karen Hanks <karen@hankslg.com> |
| **Sent:** | Tuesday, March 22, 2022 12:54 PM |
| **To:** | Wight, Brody R. |
| **Subject:** | RE: New DOT Beneficiary (SFR v. Nationstar 3:22-cv-00128 Meadow Hill) |

**EXTERNAL SENDER**

Yes.

HANKS LAW GROUP

**Karen L. Hanks, Esq.**
7625 Dean Martin Drive, Ste 110
Las Vegas, Nevada 89139
702-758-8434
www.hankslg.com

**From:** Wight, Brody R. <Brody.Wight@troutman.com>
**Sent:** Tuesday, March 22, 2022 12:21 PM
**To:** Karen Hanks <karen@hankslg.com>; Chantel Schimming <chantel@hankslg.com>
**Cc:** Candi Fay <candi@hankslg.com>
**Subject:** RE: New DOT Beneficiary (SFR v. Nationstar 3:22-cv-00128 Meadow Hill)

With these edits, may I attach your e signature?

**Brody R. Wight**
**Attorney**
**troutman** pepper
Direct: 470.832.5562 | Mobile: 801.645.8978
brody.wight@troutman.com

**From:** Karen Hanks <karen@hankslg.com>
**Sent:** Tuesday, March 22, 2022 11:33 AM
**To:** Wight, Brody R. <Brody.Wight@troutman.com>; Chantel Schimming <chantel@hankslg.com>
**Cc:** Candi Fay <candi@hankslg.com>
**Subject:** RE: New DOT Beneficiary (SFR v. Nationstar 3:22-cv-00128 Meadow Hill)

**EXTERNAL SENDER**

Here are my minor edits



**Karen L. Hanks, Esq.**
7625 Dean Martin Drive, Ste 110
Las Vegas, Nevada 89139
702-758-8434
www.hankslg.com

---

**From:** Wight, Brody R. <Brody.Wight@troutman.com>
**Sent:** Monday, March 21, 2022 4:21 PM
**To:** Karen Hanks <karen@hankslg.com>; Chantel Schimming <chantel@hankslg.com>
**Cc:** Candi Fay <candi@hankslg.com>
**Subject:** RE: New DOT Beneficiary (SFR v. Nationstar 3:22-cv-00128 Meadow Hill)

Attached is a draft SAO on this. Let me know if it looks alright.

# Brody R. Wight
**Attorney**
**troutman** pepper
Direct: 470.832.5562 | Mobile: 801.645.8978
brody.wight@troutman.com

---

**From:** Karen Hanks <karen@hankslg.com>
**Sent:** Friday, March 18, 2022 2:33 PM
**To:** Wight, Brody R. <Brody.Wight@troutman.com>; Chantel Schimming <chantel@hankslg.com>
**Cc:** Candi Fay <candi@hankslg.com>
**Subject:** RE: New DOT Beneficiary (SFR v. Nationstar 3:22-cv-00128 Meadow Hill)

**EXTERNAL SENDER**

If you could, I would appreciate it.



**Karen L. Hanks, Esq.**
7625 Dean Martin Drive, Ste 110
Las Vegas, Nevada 89139
702-758-8434
www.hankslg.com

**From:** Wight, Brody R. <Brody.Wight@troutman.com>
**Sent:** Friday, March 18, 2022 2:31 PM
**To:** Karen Hanks <karen@hankslg.com>; Chantel Schimming <chantel@hankslg.com>
**Cc:** Candi Fay <candi@hankslg.com>
**Subject:** RE: New DOT Beneficiary (SFR v. Nationstar 3:22-cv-00128 Meadow Hill)

Do you want to put together an SOA or should I?

**Brody R. Wight**
**Attorney**
**troutman** pepper
Direct: 470.832.5562 | Mobile: 801.645.8978
brody.wight@troutman.com

---

**From:** Karen Hanks <karen@hankslg.com>
**Sent:** Friday, March 18, 2022 12:10 PM
**To:** Wight, Brody R. <Brody.Wight@troutman.com>; Chantel Schimming <chantel@hankslg.com>
**Cc:** Candi Fay <candi@hankslg.com>
**Subject:** RE: New DOT Beneficiary (SFR v. Nationstar 3:22-cv-00128 Meadow Hill)

**EXTERNAL SENDER**

That sounds agreeable.

HANKS LAW GROUP

**Karen L. Hanks, Esq.**
7625 Dean Martin Drive, Ste 110
Las Vegas, Nevada 89139
702-758-8434
www.hankslg.com

---

**From:** Wight, Brody R. <Brody.Wight@troutman.com>
**Sent:** Friday, March 18, 2022 9:56 AM
**To:** Karen Hanks <karen@hankslg.com>; Chantel Schimming <chantel@hankslg.com>
**Subject:** New DOT Beneficiary (SFR v. Nationstar 3:22-cv-00128 Meadow Hill)

Hi Karen and Chantel,

This is the case we just removed to federal court. I was just going through the public documents and saw that the DOT was assigned to Fannie Mae on February 16th. (See attached). I think Fannie is, therefore, a necessary party here and the Complaint will have to be amended to add them. I may or may not represent Fannie.

I propose we enter an SAO 1) stipulating to amending the complaint to add Fannie and 2) pushing out the deadlines to file responsive pleadings and your motion for a PI about a month to give time to serve Fannie. How does that sound?

**Brody R. Wight**
**Attorney**
Direct: 470.832.5562 | Mobile: 801.645.8978
brody.wight@troutman.com

**troutman pepper**
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
troutman.com

Troutman Pepper is a 2021 Mansfield Certified Plus Firm

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.