1  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
2  E-mail: karen@hankslg.com
   CHANTEL M. SCHIMMING, ESQ.
3  Nevada Bar No. 8886
   E-mail: chantel@hankslg.com
4  HANKS LAW GROUP
   7625 Dean Martin Drive, Suite 110
5  Las Vegas, Nevada 89139
   Telephone: (702) 758-8434
6  *Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| SFR INVESTMENTS POOL 1, LLC, | Case No. 3:22-cv-00128-MMD-CLB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE RESPONSIVE PLEADINGS AND A MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | |
| NATIONSTAR MORTGAGE LLC, DBA MR. COOPER; DOES I THROUGH X; and ROE CORPORATIONS I through X, inclusive, | **(SECOND REQUEST)** |
| Defendants. | |

On February 01, 2022, SFR Investments Pool 1, LLC ("SFR") filed a Complaint in the Second Judicial District Court, Case No. CV22-00164, against Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar"). On March 10, 2022, Nationstar filed a Notice of Removal to Federal Court Based on Diversity Jurisdiction in the United States District Court, District of Nevada, Case no. 3:22-cv00128. The Parties have agreed to stipulate to the following:

1. SFR shall file any motion for a preliminary injunction on or before April 27, 2022;
2. Nationstar shall file its responsive pleading to the Complaint on or before April 27, 2022.
3. Nationstar, and its assigns or successors, agrees to refrain from setting the foreclosure sale of the real property located at 6461 Meadow Hill Drive, Reno, Nevada 89509, until such time as this Court rules on the motion for preliminary injunction.

- 1 -

1  …

2      4. This is the second request regarding these deadlines. Both parties represent this

3  stipulation is not made with any intent to delay or prejudice either party.

| DATED this ___ day of April, 2022 | Dated this ___ day of April, 2022. |
|---|---|
| **Troutman Pepper Hamilton Sanders LLP** | **Hanks Law Group** |
| */s/ Vanessa M. Turley* _____ <br> Brody R. Wight, Esq. <br> Nevada Bar No. 13615 <br> Vanessa M. Turley <br> Nevada Bar No. 14635 <br> 8985 S. Eastern Avenue, Suite 200 <br> Las Vegas, NV 89123 <br> *Counsel for Nationstar Mortgage, LLC dba Mr. Cooper* | */s/ Chantel M. Schimming* _____ <br> Karen L. Hanks, Esq. <br> Nevada Bar No. 9578 <br> Chantel M. Schimming, Esq. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, NV 89139 <br> *Counsel for SFR Investments Pool 1, LLC* |

   IT IS SO ORDERED

   Dated: 4/22/2022

                                        U.S. DISTRICT COURT JUDGE