VANESSA M. TURLEY, ESQ
Nevada Bar No. 14635
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 *(Nevada Office)*
Tele: (470) 832-5572
Fax: (404) 962-6800
vanessa.turley@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*
*Attorneys for Defendants*
*Nationstar Mortgage LLC, dba Mr. Cooper*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NATIONSTAR MORTGAGE LLC, DBA MR. COOPER; DOES 1 through X; and ROE CORPORATIONS I through X, inclusive,, <br><br> Defendant. | Case No.  3:22-cv-00128-MMD-CLB <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE REPLY IN SUPPORT OF NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER'S MOTION FOR DISMISS** |

On February 01, 2022, SFR Investments Pool 1, LLC ("SFR") filed a Complaint in the Second Judicial District Court, Case No. CV22-00164, against Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar").

On March 10, 2022, Nationstar filed a Notice of Removal to Federal Court Based on Diversity Jurisdiction in the United States District Court, District of Nevada, Case no. 3:22-cv-00128. Thereafter, Nationstar filed its Motion to Dismiss Plaintiff's Complaint on May 2, 2022.

Accordingly, the parties stipulated as follows:

1.    Defendant Nationstar shall file its Reply in Support of its Motion to Dismiss on or before June 1, 2022; and

2. Defendant, and its assigns or successors, agrees to refrain from setting the foreclosure sale of the real property located at 6461 Meadow Hill Drive, Reno, Nevada 89509, until such time as this Court rules on the motion for preliminary injunction.

3. Both parties represent this stipulation is not made with any intent to delay or prejudice either party.

DATED May 24, 2022.

| By: /s/ Vanessa M. Turley | By: /s/ Karen L. Hanks (w/consent) |
|---|---|
| Vanessa M. Turley, Esq. | Karen L. Hanks, Esq. |
| Nevada Bar No. 14635 | Nevada Bar Number 9578 |
| 8985 S. Eastern Ave., Ste. 200 | HANKS LAW GROUP |
| Las Vegas, NV 89123 *(Nevada Office)* | 7625 Dean Martin Drive, Suite 110 |
| 600 Peachtree St. NE #3000 | Las Vegas, Nevada 89139 |
| Atlanta, GA 30308 *(Corporate Office)* | Telephone: (702) 758-8434 |
| Tele: (470) 832-5572 | Email: karen@hankslg.com |
| Fax: (404) 962-6800 | *Attorney SFR Investments Pool 1, LLC* |
| vanessa.turley@troutman.com | |
| *Attorneys for Defendants Nationstar Mortgage LLC, dba Mr. Cooper* | |

IT IS HEREBY ORDERED that Nationstar shall file its Reply in Support of its Motion to Dismiss on or before June 1, 2022.

Dated: 5/24/2022

_____
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Troutman Pepper Hamilton Sanders LLC, and that on the 24th day of May, 2022, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE REPLY IN SUPPORT OF NATIONSTAR'S MOTION TO DISMISS**, in the following manner:

☒ **(ELECTRONIC SERVICE)** document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court's facilities to those parties listed on the Court's Master Service List as follows:

> Karen L. Hanks, Esq.
> Chantel M. Schimming, Esq.
> HANKS LAW GROUP
> 7625 Dean Martin Drive, Suite 110
> Las Vegas, Nevada 89139
> Tel: 702.758.8434
> Email: karen@hankslg.com
> Email: chantel@hankslg.com
> Attorneys for SFR Investments Pool 1, LLC

　　　　　　　　　　　　　　　　　　　　　／s/ Janet Kusch
　　　　　　　　　　　　　　　　　　　　　An employee of Troutman Pepper Hamilton Sanders LLC

**Archived:** Tuesday, May 24, 2022 8:53:40 AM
**From:** Chantel Schimming
**Mail received time:** Mon, 23 May 2022 18:50:17
**Sent:** Mon, 23 May 2022 22:50:10
**To:** Turley, Vanessa M.   Turley, Vanessa M.
**Cc:** Candi Fay   Karen Hanks   STAFF HANKSLG   Streible, Elizabeth M.   Kusch, Janet Owen   Balser, Justin D.   Wight, Brody R.   Streible, Elizabeth M.   Balser, Justin D.   Wight, Brody R.
**Subject:** RE: Requests for Extensions - Drafi, Paguia, Dipietro,
**Importance:** Normal
**Sensitivity:** None

---

**EXTERNAL SENDER**

Both are approved for my e-signature.

Thanks,
Chantel



*Chantel M. Schimming, Esq.*
*Associate Attorney*

**HANKS LAW GROUP**

7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
Facsimile: (725) 239-3415

mail to:   chantel@hankslg.com       http://www.hankslg.com

The information contained in this email is confidential and proprietary information intended for the use only of the intended addressee. If the reader of this email is not the intended addressee, you are notified that any dissemination, distribution, or copying of this message is prohibited. If you have received this message in error, please notify the sender immediately by telephone at (702) 758-8434 or by electronic mail (chantel@hankslg.com) and then delete the message and all copies and backups. Thank you.

Unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

---

**From:** Turley, Vanessa M. <Vanessa.Turley@troutman.com>
**Sent:** Monday, May 23, 2022 3:44 PM
**To:** Chantel Schimming <chantel@hankslg.com>
**Cc:** Candi Fay <candi@hankslg.com>; Karen Hanks <karen@hankslg.com>; STAFF HANKSLG <staff@hankslg.com>; Streible, Elizabeth M. <Elizabeth.Streible@troutman.com>; Kusch, Janet Owen <Janet.Kusch@troutman.com>; Balser, Justin D. <Justin.Balser@troutman.com>; Wight, Brody R. <Brody.Wight@troutman.com>

**Subject:** RE: Requests for Extensions - Drafi, Paguia, Dipietro,

Hi Chantel,

Here are the SAO's for Schwartz (Meadow Hill) and Dipietro (Brilliant Summit). Please let me know if you have any changes or if I may affix your e-signature.

Thank you again,

**Vanessa M. Turley**
**Attorney**
**troutman pepper**
Direct: 470.832.5572
vanessa.turley@troutman.com

---

**From:** Chantel Schimming <chantel@hankslg.com>
**Sent:** Monday, May 23, 2022 1:50 PM
**To:** Turley, Vanessa M. <Vanessa.Turley@troutman.com>
**Cc:** Candi Fay <candi@hankslg.com>; Karen Hanks <karen@hankslg.com>; STAFF HANKSLG <staff@hankslg.com>; Streible, Elizabeth M. <Elizabeth.Streible@troutman.com>; Kusch, Janet Owen <Janet.Kusch@troutman.com>; Balser, Justin D. <Justin.Balser@troutman.com>; Wight, Brody R. <Brody.Wight@troutman.com>
**Subject:** RE: Requests for Extensions - Drafi, Paguia, Dipietro,

**EXTERNAL SENDER**

Not a problem. I know it is a struggle to jump into something mid stream.

Thanks,
Chantel

*Chantel M. Schimming, Esq.*
*Associate Attorney*

**HANKS LAW GROUP**
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
Facsimile: (725) 239-3415

mail to:   chantel@hankslg.com        http://www.hankslg.com

The information contained in this email is confidential and proprietary information intended for the use only of the intended addressee. If the reader of this email is not the intended addressee, you are notified that any dissemination, distribution, or copying of this message is prohibited. If you have received this message in error, please notify the sender immediately by telephone at (702) 758-8434 or by electronic mail (chantel@hankslg.com) and then delete the message and all copies and backups. Thank you.

Unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

**From:** Turley, Vanessa M. <Vanessa.Turley@troutman.com>
**Sent:** Monday, May 23, 2022 10:48 AM
**To:** Chantel Schimming <chantel@hankslg.com>
**Cc:** Candi Fay <candi@hankslg.com>; Karen Hanks <karen@hankslg.com>; STAFF HANKSLG <staff@hankslg.com>; Streible, Elizabeth M. <Elizabeth.Streible@troutman.com>; Kusch, Janet Owen <Janet.Kusch@troutman.com>; Balser, Justin D. <Justin.Balser@troutman.com>; Wight, Brody R. <Brody.Wight@troutman.com>
**Subject:** RE: Requests for Extensions - Drafi, Paguia, Dipietro,

Hi Chantel,

Thank you so much for being gracious with these extensions while I am still getting up to speed. With that being said, I would like to request two additional extensions for the Schwartz (6461 Meadow Hill Drive) Reply (Due today - 5/23) and the Dipietro (337 Brilliant Summit Circle) Response to Motion for Preliminary Injunction & Responsive Pleading (Due 5/25).

If we could have an additional week to June 1st for both, we would greatly appreciate the courtesy. Please let me know if you are agreeable and I will circulate a Stipulation and Order.

Thank you,

**Vanessa M. Turley**
**Attorney**
**troutman pepper**
Direct: 470.832.5572
vanessa.turley@troutman.com

---

**From:** Chantel Schimming <chantel@hankslg.com>
**Sent:** Sunday, May 22, 2022 5:36 PM
**To:** Turley, Vanessa M. <Vanessa.Turley@troutman.com>
**Cc:** Candi Fay <candi@hankslg.com>; Karen Hanks <karen@hankslg.com>; STAFF HANKSLG <staff@hankslg.com>; Streible, Elizabeth M. <Elizabeth.Streible@troutman.com>; Kusch, Janet Owen <Janet.Kusch@troutman.com>; Balser, Justin D. <Justin.Balser@troutman.com>
**Subject:** Re: Requests for Extensions - Drafi, Paguia, Dipietro,

**EXTERNAL SENDER**

Approved for my e-signature.

Thanks,
Chantel

Sent from my T-Mobile 5G Device
Get Outlook for Android

---

**From:** Turley, Vanessa M. <Vanessa.Turley@troutman.com>

**Sent:** Sunday, May 22, 2022 3:23:01 PM
**To:** Chantel Schimming <chantel@hankslg.com>
**Cc:** Candi Fay <candi@hankslg.com>; Karen Hanks <karen@hankslg.com>; STAFF HANKSLG <staff@hankslg.com>; Streible, Elizabeth M. <Elizabeth.Streible@troutman.com>; Kusch, Janet Owen <Janet.Kusch@troutman.com>; Balser, Justin D. <Justin.Balser@troutman.com>
**Subject:** RE: Requests for Extensions - Drafi, Paguia, Dipietro,

Hi Chantel,

Here is the Stipulation and Order re additional time to file responsive pleading and postponement of sale of the property. Please let me know if you have any changes or if I can submit to Court.

Thanks,

**Vanessa M. Turley**
**Attorney**
**troutman pepper**
Direct: 470.832.5572
vanessa.turley@troutman.com

---

**From:** Turley, Vanessa M. <Vanessa.Turley@troutman.com>
**Sent:** Friday, May 20, 2022 12:42 PM
**To:** Chantel Schimming <chantel@hankslg.com>
**Cc:** Candi Fay <candi@hankslg.com>; Karen Hanks <karen@hankslg.com>; STAFF HANKSLG <staff@hankslg.com>; Streible, Elizabeth M. <Elizabeth.Streible@troutman.com>; Kusch, Janet Owen <Janet.Kusch@troutman.com>; Balser, Justin D. <Justin.Balser@troutman.com>
**Subject:** Re: Requests for Extensions - Drafi, Paguia, Dipietro,

Yes. I'll send the stip today. We will put in the stip that the sale will be postponed.

Thank you!

Sent from my iPhone


**Vanessa M. Turley**
**Attorney**
**troutman pepper**
Direct: 470.832.5572
vanessa.turley@troutman.com

> On May 20, 2022, at 8:50 AM, Chantel Schimming <chantel@hankslg.com> wrote:
>
> ⚠
> **EXTERNAL SENDER**
>
> We can agree to the extension. Send over the SAO.

Does your client still intend to move forward with the 05/27 sale? Please advise.

Thank you, Chantel

Sent from my T-Mobile 5G Device
Get [Outlook for Android](...)

---

**From:** Turley, Vanessa M. <Vanessa.Turley@troutman.com>
**Sent:** Wednesday, May 18, 2022, 6:03 PM
**To:** Candi Fay <candi@hankslg.com>; Karen Hanks <karen@hankslg.com>; Chantel Schimming <chantel@hankslg.com>
**Cc:** STAFF HANKSLG <staff@hankslg.com>; Streible, Elizabeth M. <Elizabeth.Streible@troutman.com>; Kusch, Janet Owen <Janet.Kusch@troutman.com>; Balser, Justin D. <Justin.Balser@troutman.com>
**Subject:** RE: Requests for Extensions - Drafi, Paguia, Dipietro,

Hi Karen and team,

I am circling back on the Responsive Pleading in Drafi that we due on Friday May 20th. Unfortunately, we just received a large volume of documents/pleadings from the underlying litigation and will need some extra time to sort through those prior to filing our Responsive Pleading. We would appreciate a 14-day extension. If you are agreeable, we will file on April 1st. I can draft the SAO as well.

Thanks in advance for your courtesy.

**Vanessa M. Turley**
**Attorney**
**troutman pepper**
Direct: 470.832.5572
vanessa.turley@troutman.com

▪☐ ·?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·? ▪☐ -

---

**From:** Candi Fay <candi@hankslg.com>
**Sent:** Thursday, April 28, 2022 6:53 PM
**To:** Turley, Vanessa M. <Vanessa.Turley@troutman.com>; Karen Hanks <karen@hankslg.com>; Chantel Schimming <chantel@hankslg.com>
**Cc:** STAFF HANKSLG <staff@hankslg.com>; Streible, Elizabeth M. <Elizabeth.Streible@troutman.com>; Kusch, Janet Owen <Janet.Kusch@troutman.com>; Balser, Justin D. <Justin.Balser@troutman.com>
**Subject:** Re: Requests for Extensions - Drafi, Paguia, Dipietro,

**EXTERNAL SENDER**

Good afternoon,

I spoke with Chantel and Karen and they agree to the extension in all three of these matters.

Thank you

*Candi Fay,*

*Paralegal/Administrator*



*Hanks Law Group*

7625 Dean Martin Drive, Suite 110

Las Vegas, Nevada 89139

Telephone: (702) 758-8434

mail to:  candi@hankslg.com    http://www.hankslg.com

---

**From:** Turley, Vanessa M. <Vanessa.Turley@troutman.com>
**Sent:** Thursday, April 28, 2022 3:04 PM
**To:** Karen Hanks <karen@hankslg.com>; Chantel Schimming <chantel@hankslg.com>
**Cc:** Candi Fay <candi@hankslg.com>; STAFF HANKSLG <staff@hankslg.com>; Streible, Elizabeth M. <Elizabeth.Streible@troutman.com>; Kusch, Janet Owen <Janet.Kusch@troutman.com>; Balser, Justin D. <Justin.Balser@troutman.com>
**Subject:** Requests for Extensions - Drafi, Paguia, Dipietro,

Hi Karen and Chantel,

I am writing to request a three-week extension in the following matters:

| Borrower: | Address: | Items for Extension: | Due Date: | Proposed Due Date: |
|---|---|---|---|---|
| Paguia | 6171 Fox Creek | Response to Motion for Preliminary Injunction & Responsive Pleading | May 4 | May 25 |
| Drafi | 9147 Cantina Creek Ct | Responsive Pleading | Today, April 28 | May 20 |
| Dipietro, Lucie | 337 Brilliant Summit Circle | Response to Motion for Preliminary Injunction & Responsive Pleading | May 4 | May 25 |

In Schwartz we will file our responsive pleading on Monday May 2 per our agreement yesterday. If you would like me to circulate Stipulations for these three matters, just let me know and I'd be happy to. Thank you in advance for your courtesy.

**Vanessa M. Turley**
**Attorney**
Direct: 470.832.5572
vanessa.turley@troutman.com

. . . . . . . . . . . . . . . . . . . . . . .

**troutman pepper**
c/o 600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308

troutman.com

Troutman Pepper is a 2021 Mansfield Certified Plus Firm

▪ ☐ ⋅?⋅?⋅?⋅?⋅?⋅?⋅?⋅?⋅?⋅?⋅?⋅?⋅?⋅?⋅?⋅?⋅?⋅?⋅?⋅?⋅?⋅?⋅?⋅?⋅?⋅? ▪ ☐

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.