VANESSA M. TURLEY, ESQ
Nevada Bar No. 14635
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 *(Nevada Office)*
Tele: (470) 832-5572
Fax: (404) 962-6800
vanessa.turley@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*
*Attorneys for Defendants*
*Nationstar Mortgage LLC, dba Mr. Cooper*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, DBA MR. COOPER; DOES 1 through X; and ROE CORPORATIONS I through X, inclusive,,<br><br>Defendant. | Case No.  3:22-cv-00128-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE REPLY IN SUPPORT OF NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER'S MOTION FOR DISMISS**<br><br>**(SECOND REQUEST)** |

On February 01, 2022, SFR Investments Pool 1, LLC ("SFR") filed a Complaint in the Second Judicial District Court, Case No. CV22-00164, against Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar").

On March 10, 2022, Nationstar filed a Notice of Removal to Federal Court Based on Diversity Jurisdiction in the United States District Court, District of Nevada, Case no. 3:22-cv-00128. Thereafter, Nationstar filed its Motion to Dismiss Plaintiff's Complaint on May 2, 2022. SFR filed its Opposition to Nationstar's Motion to Dismiss on May 20, 2022.

/ / /

/ / /

Accordingly, the parties stipulated as follows:

1. Defendant Nationstar shall file its Reply in Support of its Motion to Dismiss on or before June 24, 2022;

2. Defendant, and its assigns or successors, agrees to refrain from setting the foreclosure sale of the real property located at 6461 Meadow Hill Drive, Reno, Nevada 89509, until such time as this Court rules on the motion for preliminary injunction; and

3. Both parties represent this stipulation is not made with any intent to delay or prejudice either party.

DATED June 3, 2022.

By: __/s/ Vanessa M. Turley__
Vanessa M. Turley, Esq.
Nevada Bar No. 14635
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 *(Nevada Office)*
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*
Tele: (470) 832-5572
Fax: (404) 962-6800
vanessa.turley@troutman.com
*Attorneys for Defendants Nationstar Mortgage LLC, dba Mr. Cooper*

By: */s/ Chantel M. Schimming (w/consent)*
Chantel M. Schimming, Esq.
Nevada Bar Number 8886
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
Email: chantel@hankslg.com
*Attorney SFR Investments Pool 1, LLC*

IT IS HEREBY ORDERED that Nationstar shall file its Reply in Support of its Motion to Dismiss on or before June 24, 2022.

Dated: June 3, 2022

_____
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Troutman Pepper Hamilton Sanders LLC, and that on the ___th day of June, 2022, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE REPLY IN SUPPORT OF NATIONSTAR'S MOTION TO DISMISS**, in the following manner:

☒ **(ELECTRONIC SERVICE)** document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court's facilities to those parties listed on the Court's Master Service List as follows:

> Chantel M. Schimming, Esq.
> HANKS LAW GROUP
> 7625 Dean Martin Drive, Suite 110
> Las Vegas, Nevada 89139
> Tel: 702.758.8434
> Email: chantel@hankslg.com
> Attorneys for SFR Investments Pool 1, LLC

                                                    */s/ Janet Kusch*
                                                   An employee of Troutman Pepper Hamilton Sanders LLC

**Archived:** Friday, June 3, 2022 12:30:03 PM
**From:** Turley, Vanessa M.
**Mail received time:** Fri, 3 Jun 2022 11:58:01
**Sent:** Fri, 3 Jun 2022 15:58:00
**To:** Kusch, Janet Owen
**Subject:** FW: Backdated Property Payoff Quotes - Drafi, Paguia, Schwartz
**Importance:** Normal
**Sensitivity:** None

---

Hi,

Can you change the below and submit the following SAOs:

1. Drafi
2. DiPietro
3. Paguia
4. Schwartz

They are all in iManage under pleadings (should be the first thing)

Thanks!!!

**Vanessa M. Turley**
**Attorney**
**troutman pepper**
Direct: 470.832.5572
vanessa.turley@troutman.com

---

**From:** Chantel Schimming <chantel@hankslg.com>
**Sent:** Friday, June 3, 2022 11:56 AM
**To:** Turley, Vanessa M. <Vanessa.Turley@troutman.com>; Karen Hanks <karen@hankslg.com>
**Cc:** Candi Fay <candi@hankslg.com>; STAFF HANKSLG <staff@hankslg.com>; Balser, Justin D. <Justin.Balser@troutman.com>; Wight, Brody R. <Brody.Wight@troutman.com>; Streible, Elizabeth M. <Elizabeth.Streible@troutman.com>
**Subject:** RE: Backdated Property Payoff Quotes - Drafi, Paguia, Schwartz

**EXTERNAL SENDER**

Vanessa,

Change the signature line on Meadow Hill from Karen to me and you can use my e-signature on each of the SAO's.

Thanks,
Chantel



*Chantel M. Schimming, Esq.*
*Associate Attorney*

**HANKS LAW GROUP**

7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
Facsimile: (725) 239-3415

mail to:   chantel@hankslg.com       http://www.hankslg.com

The information contained in this email is confidential and proprietary information intended for the use only of the intended addressee. If the reader of this email is not the intended addressee, you are notified that any dissemination, distribution, or copying of this message is prohibited. If you have received this message in error, please notify the sender immediately by telephone at (702) 758-8434 or by electronic mail (chantel@hankslg.com) and then delete the message and all copies and backups. Thank you.

Unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

**From:** Turley, Vanessa M. <Vanessa.Turley@troutman.com>
**Sent:** Friday, June 3, 2022 8:44 AM
**To:** Chantel Schimming <chantel@hankslg.com>; Karen Hanks <karen@hankslg.com>
**Cc:** Candi Fay <candi@hankslg.com>; STAFF HANKSLG <staff@hankslg.com>; Balser, Justin D. <Justin.Balser@troutman.com>; Wight, Brody R. <Brody.Wight@troutman.com>; Streible, Elizabeth M. <Elizabeth.Streible@troutman.com>
**Subject:** RE: Backdated Property Payoff Quotes - Drafi, Paguia, Schwartz

Hi all,

Happy Friday! Sorry to keep the emails coming, but here are the revised SAOs for: Schwartz/Meadow Hill; DiPietro/Brilliant Summit; Paguia/Fox Creek; and Drafi/Cantina Creek with the payoff quote paragraph omitted. Please let me know if I may affix your e-signature to the Stipulations.

Thank you,

**Vanessa M. Turley**
**Attorney**
**troutman pepper**
Direct: 470.832.5572
vanessa.turley@troutman.com


**From:** Turley, Vanessa M.
**Sent:** Friday, June 3, 2022 11:26 AM
**To:** 'Chantel Schimming' <chantel@hankslg.com>; Karen Hanks <karen@hankslg.com>
**Cc:** Candi Fay <candi@hankslg.com>; STAFF HANKSLG <staff@hankslg.com>; Balser, Justin D. <Justin.Balser@troutman.com>; Wight, Brody R. <Brody.Wight@troutman.com>; Streible, Elizabeth M. <Elizabeth.Streible@troutman.com>
**Subject:** Backdated Property Payoff Quotes - Drafi, Paguia, Schwartz

Hi Chantel,

Attached are the payoff quotes for the three properties where NRS 107.200 requests were made. We were able to obtain the backdated payoff quotes *as of the day of the request*. I hope this allows you to further consider payoffs for these properties. Please let me know if you have any questions or concerns.

Thanks!

| Case Name: | NRS 107.200 request made: | Date Request Made: | Date Statement/Note was due: | NSM/MRC file number: | Fannie Mae file number: |
| --- | --- | --- | --- | --- | --- |
| 1. Drafi | Yes | October 13, 2021 | November 3, 2021 | 608802849 | 1700949269 |
| 2. Paguia | Yes | November 22, 2021 | December 13, 2021 | 658853635 | 4005608009 |
| 3. Schwartz | Yes | October 12, 2021 | November 2, 2021 | 607403490 | 1701661194 |
| 4. Sinagulia | No | | | 660636630 | 1682856593 |

**Vanessa M. Turley**
**Attorney**
Direct: 470.832.5572
vanessa.turley@troutman.com
. . . . . . . . . . . . . . . . . . . . . . .
**troutman pepper**
c/o 600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
troutman.com

Troutman Pepper is a 2021 Mansfield Certified Plus Firm

---

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.