AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SFR INVESTMENTS POOL 1, LLC,

                Plaintiff,

    v.

NATIONSTAR MORTGAGE, LLC,
*doing business as* Mr. Cooper,

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  3:22-cv-00128-MMD-CLB

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED** that the Clerk of Court enter judgment in Defendant Nationstar Mortgage, LLC d\b\a Mr. Coopers favor, consistent with the Court's recent order (ECF No. 25) and close this case.



CLERK OF COURT

Date: February 13, 2023

_Signature of Clerk or Deputy Clerk_